Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| MARK CHRISTIAN,<br><br>            Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 4:16-CV-06313-JSW<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Mark Christian and defendant Well Fargo Bank, N.A. ("Wells Fargo"), that Wells Fargo be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//

DATED:  April 26, 2017            Sagaria Law, P.C.

                                  By:  ____/s/ Elliot W. Gale____
                                              Elliot W. Gale
                                  Attorneys for Plaintiff
                                  Mark Christian

DATED:  April 26, 2017            Severson Werson, APC


                                  By:  ____/s/ Alisa Givental____
                                              Alisa Givental
                                  Attorneys for Defendant
                                  Wells Fargo Bank, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Alisa Givental has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Wells Fargo is dismissed with prejudice, and that each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: April 28, 2017             _____/s/ Jeffrey S. White_____
                                  JEFFREY S. WHITE
                                  UNITED STATES DISTRICT JUDGE