1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff
   Mark Christian

8  # UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| MARK CHRISTIAN, | Case No.: 4:16-cv-06313-JSW |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |
| EXPERIAN INFORMATION SOLUTIONS, INC., ET AL., | |
| Defendants. | AND TERMINATING CASE |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Mark Christian and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

| | | |
|---|---|---|
| DATED: November 7, 2017 | | **Sagaria Law, P.C.** |
| | By: | */s/ Elliot Gale* |
| | | Elliot Gale |
| | | Attorney for Plaintiff Mark Christian |

| | | |
|---|---|---|
| DATED: November 7, 2017 | | **Jones Day** |
| | By: | */s/ Celia M. Jackson* |
| | | Celia M. Jackson |
| | | Attorney for Defendant Experian Information Solutions, Inc. |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Celia M. Jackson has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice. All Defendants have been dismissed. The Clerk shall close this file.

IT IS SO ORDERED.

DATED: November 8, 2017

_____
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE